NUMBER 13-02-468-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

____________________________________________________________________


FABIAN FERNANDEZ , Appellant,



v.




THE STATE OF TEXAS, Appellee.

_____________________________________________________________________


On appeal from the 117th District Court 

of Nueces County, Texas.

___________________________________________________________________



MEMORANDUM OPINION


Before Justices Hinojosa, Yañez, and Garza

Opinion Per Curiam


 Appellant, FABIAN FERNANDEZ , perfected an appeal from a judgment entered by the 117th District Court of Nueces
County, Texas, in cause number 01-CR-3134-B . Appellant has filed a motion to dismiss the appeal. The motion
complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that
appellant's motion to dismiss the appeal should be granted. Appellant's motion to dismiss the appeal is granted, and the
appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Opinion delivered and filed this

the 3rd day of July, 2003 .